**GOVERNMENT EXHIBIT**
**Exhibit 001**

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-05 23:59:52 UTC
**Body** We are seeing new world order mafia at work .

**Author** Anne
**Sent** 2020-11-06 00:44:57 UTC
**Body** Omg. I fucking cant believe this but I can. Ugh he's gonna win

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-06 01:19:01 UTC
**Body** Ikr

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-06 01:19:59 UTC
**Body** I'm ready to stand with patriots to over throw this shit Live or dead

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-06 01:20:41 UTC
**Body** We cannot walk away from this shit

**Author** Anne
**Sent** 2020-11-06 01:21:21 UTC
**Body** Omg. He walking away nope fighting hard

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-06 01:22:51 UTC
**Body** Watch and see what happens . These fucks are very crazy if they think we are gonna stand for this

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-06 01:23:28 UTC
**Body** Cheating right in front of our face

**Author** Anne
**Sent** 2020-11-06 01:23:50 UTC
**Body** Might take. 2 weeks trump will win wait n see

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-06 01:23:56 UTC
**Body** They have been doing this for years

**Author** Anne
**Sent** 2020-11-06 01:24:11 UTC
**Body** 🫠
**Attachments** sticker (369239343222814)
  **Type** image/png
  **Size**
  **URL** https://interncache-ftw.fbcdn.net/v/t39.1997-6/851587_369239346556147_162929011_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_AT_7bwwB4DRgKB9H3_b79u2B1Hi54rppIRR6p4FZrZA2hw&oe=6244A2C6