GOVERNMENT EXHIBIT
Exhibit 002

**Thread**
**Current** 2022-03-26 15:32:59 UTC
**Participants** Trent
Rodney Milstreed (Facebook: 100007297448244)

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:01:36 UTC
**Body** http://chng.it/GKSNqWYy55

**Author** Trent
**Sent** 2020-11-09 01:10:20 UTC
**Body** Sup dude

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:12:40 UTC
**Body** What Up home slice.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:13:02 UTC
**Body** We gonna have the stand up for our country soon

**Author** Trent
**Sent** 2020-11-09 01:13:26 UTC
**Body** Doing valve work offshore. I know man I'm ready

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:13:36 UTC
**Body** Gonna get ugly when they overturn these vites

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:13:48 UTC
**Body** Votes

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:14:03 UTC
**Body** It gonna happen

**Author** Trent
**Sent** 2020-11-09 01:14:27 UTC
**Body** U got that right. Especially for u living up there. U need to come down to the south

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:14:28 UTC
**Body** Your gonna need to be at the house

**Author** Trent
**Sent** 2020-11-09 01:14:40 UTC
**Body** For sure

**Author** Trent
**Sent** 2020-11-09 01:15:10 UTC
**Body** Take care man

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:15:36 UTC
**Body** You sent 2 photos.
**Attachments** image-1267770716930300 (1267770716930300)
**Type** image/jpeg
**Size** 44791
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/106311395_637730670171301_5142222302245871712_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVLzLG8B2sR__bHt7IrJ7H82pAqkHLj2LbuDBk47phI2_g&oe=62646D41





**Photo ID** 1267770716930300

image-364807624851560 (364807624851560)
**Type** image/jpeg
**Size** 38337
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/107619292_308665903844342_8362707950723588250_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVKHhbG2MRsm2cimTu9MRhOk1uFAyc-n2P7RPt3e5Hv6LA&oe=6266A782




**Photo ID** 364807624851560

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:15:48 UTC
**Body** Just a few

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:16:01 UTC
**Body** U too buddy

**Author** Trent
**Sent** 2020-11-09 01:16:59 UTC
**Body** Hell yea

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:17:35 UTC
**Body** Some of the sleeping giant

**Author** Trent
**Sent** 2020-11-09 01:17:51 UTC
**Body** Lol

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:18:04 UTC
**Body** Lmao

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:18:23 UTC
**Body** You sent a photo.
**Attachments** image-351264959506589 (351264959506589)
**Type** image/jpeg
**Size** 18120
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/124209422_351264972839921_1482140028408556960_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVKbk2s1CVBGYzZlb8ldqciK_xyPL30PazA96rYnnXmh2Q&oe=62665CA1


2:15
98%
View motion photo

**Photo ID** 351264959506589

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:18:41 UTC
**Body** Skin head and all son

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:19:34 UTC
**Body** These mother fuckers dont want me to start doing cocaine again son

**Author** Trent [redacted]
**Sent** 2020-11-09 01:19:47 UTC
**Body** Lol

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:19:48 UTC
**Body** 

**Author** Trent [redacted]
**Sent** 2020-11-09 01:19:53 UTC
**Body** I believe that

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:20:36 UTC
**Body** Take care my American buddy

**Author** Trent [redacted]
**Sent** 2020-11-09 01:20:36 UTC
**Body** Yes sir

**Author** Trent [redacted]
**Sent** 2020-11-09 01:20:57 UTC
**Body** You to Rodney

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-09 01:26:12 UTC
**Body** My fellow Patriots,

This is going to the Supreme Court. Where they will rule that the election is invalid due to fraud or mistakes on a country wide scale. It will go one of two ways, either they will rule that all the unconstitutional
mail in ballots will be removed and the states ordered to recount without them or they will simply rule the election is invalid due to mass voter fraud and at that point it will be sent to the congress and senate for a vote. This is where it gets good. The house/congress votes on who the President will be. It has nothing to do with what party that has power. Every State gets one vote and 30 States are held by Republicans.and 20 by Democrats. They have to vote down party lines, they have no choice due to the 12th