**GOVERNMENT EXHIBIT**
**Exhhibit 003**

**Photo ID** 369789114132500

**Author** Anne
**Sent** 2020-11-11 19:01:10 UTC
**Body** Anne sent a photo.
**Attachments** image-2418202298486506 (2418202298486506)
**Type** image/jpeg
**Size** 69130
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/124054762_770651403484334_8493247492595838337_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFWdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVJbXeeCRUNNsDBTD0ckUdguW_VcMf1NdJD393k72Pd9nQ&oe=6263C1B1



**Photo ID** 2418202298486506

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:19:59 UTC
**Body** I so sick of these fucks . Think we're just gonna let them have it. Over alot of dead bodies.

**Author** Anne
**Sent** 2020-11-12 02:20:15 UTC
**Body** 👍
**Attachments** sticker (369239343222814)
**Type** image/png
**Size**
**URL** https://interncache-ftw.fbcdn.net/v/t39.1997-6/851587_369239346556147_162929011_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_AT_7bwwB4DRgKB9H3_b79u2B1Hi54rppIRR6p4FZrZA2hw&oe=6244A2C6



**Photo ID** 369239343222814

**Author** Anne
**Sent** 2020-11-12 02:20:38 UTC
**Body** Omg. Im so pissed hate those fucks

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:21:00 UTC
**Body** They wanna attack Trump supporters . Some of us dream of this day.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:21:55 UTC
**Body** If we lose , its our fault for the second fall of Rome

**Author** Anne
**Sent** 2020-11-12 02:21:57 UTC
**Body** Meeeeeee

**Author** Anne
**Sent** 2020-11-12 02:22:15 UTC
**Body** We aint loosing

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:22:17 UTC
**Body** 70 some million

**Author** Anne
**Sent** 2020-11-12 02:22:31 UTC
**Body** 👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-ftw.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsc2dlbnX2NsaWVudC9lbnRpdHkvc3RpY2tlcMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_AT_sYLFcisRX64ERsX_UBt_VSUdSb33_VdNOlKcDKyE3Sg&oe=6243524B



**Photo ID** 369239263222822

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:22:43 UTC
**Body** These fucks are gonna trash the cities

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:23:16 UTC
**Body** This evil has been going on all over the world

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:23:42 UTC
**Body** People from other countries are begging us to win

**Author** Anne
**Sent** 2020-11-12 02:23:49 UTC
**Body** Oh yes they will.  They do everyday anyway

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:24:11 UTC
**Body** You: 👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-ftw.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsc2dlbnX2NsaWVudC9lbnRpdHkvc3RpY2tlcMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_AT_sYLFcisRX64ERsX_UBt_VSUdSb33_VdNOlKcDKyE3Sg&oe=6243524B



**Photo ID** 369239263222822

**Author** Anne
**Sent** 2020-11-12 02:24:46 UTC
**Body** I will bet all i own we will win i just know

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:25:09 UTC
**Body** If someone furnishes them with guns , we're gonna have are hands full

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:25:25 UTC
**Body** I see war either way

**Author** Anne
**Sent** 2020-11-12 02:25:48 UTC
**Body** The stress of all this bullshit is pissing me the fuck off.Annie get Your Gun

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:26:00 UTC
**Body** They're building them up for a crush

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:26:13 UTC
**Body** Lol

**Author** Anne
**Sent** 2020-11-12 02:26:14 UTC
**Body** Yep. Ur right

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:27:25 UTC
**Body** I just bought 2,000 dollars worth of steroids.  When it happens I'm going full retard.

**Author** Anne
**Sent** 2020-11-12 02:28:03 UTC
**Body** Lol. Ha ha. Good idea. I can move mountains on that drug

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:28:27 UTC
**Body** These fucks don't want me to start doing cocaine again.❤

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:29:33 UTC
**Body** I didn't mean the heart

**Author** Anne

**Sent** 2020-11-12 02:30:53 UTC
**Body** Lol hummm yea me either my heart cant take those good drugs anymore damn it

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:32:11 UTC
**Body** Take care and stay safe.

**Author** Anne
**Sent** 2020-11-12 02:33:04 UTC
**Body** You to. 1 more week or so it will be over for that cheating perv

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-11-12 02:35:30 UTC
**Body** Let's hope . Beady eyed creep needs to be hung for treason . They all knew , it was planned themats why he didn't campaign.

**Author** Anne
**Sent** 2020-11-12 02:38:00 UTC
**Body** 👍
**Attachments** sticker (369239343222814)
  **Type** image/png
  **Size**
  **URL** https://interncache-ftw.fbcdn.net/v/t39.1997-6/851587_369239346556147_162929011_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcnRpbGVzc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_AT_7bwwB4DRgKB9H3_b79u2B1Hi54rpplRR6p4FZrZA2hw&oe=6244A2C6



  **Photo ID** 369239343222814

**Author** Anne
**Sent** 2020-11-15 00:34:16 UTC
**Body** Anne sent an attachment.
**Share** **Date Created** 2020-11-15 00:34:15 UTC
  **Title** Status update
  **Url** https://www.facebook.com/permalink.php?story_fbid=3729913283768072&id=10104326998844