**GOVERNMENT EXHIBIT**
**Exhibit 005**

**Photo ID** 854614711968829

| | |
|---|---|
| Author | Rodney Milstreed (Facebook: 100007297448244) |
| Sent | 2020-11-16 19:57:41 UTC |
| Body | https://m.beforeitsnews.com/eu/2020/11/bombshell-the-2020-election-took-place-under-a-trump-declared-national-emergency-that-set-an-election-day-trap-for-the-unauthorized-accessing-of-election-and-campaign-infra-2663860.html?fbclid=IwAR2v-P9zY2eER0dNDD96HGY2ATT7Z32KLINtgETOoAA_W7D9_1hVBmTAJhU |

| | |
|---|---|
| Author | Rodney Milstreed (Facebook: 100007297448244) |
| Sent | 2020-12-19 22:53:30 UTC |
| Body | Don't give up on Trump . This man is a beast of a patriot.  He won't be giving our country up to a crook. FACT. GONNA BE EPIC. |

| | |
|---|---|
| Author | Marsha |
| Sent | 2020-12-20 00:33:38 UTC |
| Body | Im not giving up on him.. He just needs to get moving on what Ever he's gonna do.. |

| | |
|---|---|
| Author | Rodney Milstreed (Facebook: 100007297448244) |
| Sent | 2020-12-20 00:39:20 UTC |
| Body | Oh they have the time line covered.  These fucking libs think there gonna take our country  not gonna happen , my life for freedom. |

| | |
|---|---|
| Author | Marsha |
| Sent | 2020-12-20 00:40:41 UTC |
| Body | If Trump doesnt make shit happen.. We're all Fucked |

| | |
|---|---|
| Author | Rodney Milstreed (Facebook: 100007297448244) |
| Sent | 2020-12-20 00:56:25 UTC |
| Body | Trust me this mannis bigger then we think . Its gonna be epic. Very messy in the big cities , but that ain't shit compared to socialism. We will fuck these punks up |

| | |
|---|---|
| Author | Rodney Milstreed (Facebook: 100007297448244) |
| Sent | 2020-12-20 00:57:33 UTC |
| Body | You sent 4 photos. |
| Attachments | image-282744466533710 (282744466533710) |
| Type | image/jpeg |
| Size | 47703 |
| URL | https://interncache-prn.fbcdn.net/v/t1.15752-9/p843x403/107312568_3259648287594221_9171090840100883306_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&tp=6&oh=ef0ce30ccbb55b8bf93f5b4821d796a2&oe=60B20E81 |



**Photo ID** 282744466533710

image-1019904531852330 (1019904531852330)
**Type** image/jpeg
**Size** 44791
**URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/p843x403/106311395_637730670171301_514222230245871712_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscy5jeJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&tp=6&oh=767967f6a1b383a24456fca9a63f433b&oe=60AFFBB1



**Photo ID** 1019904531852330

image-464397844548843 (464397844548843)
**Type** image/jpeg
**Size** 38337
**URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/p843x403/107619292_308665903844342_8362707950723588250_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFJJTWVkaWFWdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-prn&

tp=6&oh=178a630707634a76d4ecd2cd2be9a40a&oe=60B16AF2



**Photo ID** 464397844548843

image-684993289074355 (684993289074355)
**Type** image/jpeg
**Size** 48540
**URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/p843x403/106988347_282650809645293_266677 8696064714905_n.jpg?ccb=1-3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_n

c ad=z-m& nc cid=0& nc ht=interncache-prn& tp=6&oh=775df5afd6ba7d0f61a0431620e5e2ad&oe=60AF53FF



**Photo ID** 684993289074355

**Author** Marsha
**Sent** 2020-12-20 00:58:43 UTC
**Body** Holy shit lol.. I'd say you're ready !!

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 00:59:34 UTC

**Body** We got guns and money

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 01:00:00 UTC
**Body** And love for our country

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 01:00:34 UTC
**Body** Just a peice of my second Amendment

**Author** Marsha
**Sent** 2020-12-20 01:01:24 UTC
**Body** I dont have any money.. But I do love my country.. And My President

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 01:02:34 UTC
**Body** Patronism is all thats needed .

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 01:02:42 UTC
**Body** And heart

**Author** Marsha
**Sent** 2020-12-20 01:03:35 UTC
**Body** Those I can do..

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 01:03:56 UTC
**Body** There gonna make good quiet people hurt someone.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 01:04:57 UTC
**Body** America is not ready for socialism .

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 01:05:18 UTC
**Body** Merry Christmas my friend

**Author** Marsha
**Sent** 2020-12-20 01:05:33 UTC
**Body** No... Because we've never lived it...

**Author** Marsha
**Sent** 2020-12-20 01:06:04 UTC
**Body** Merry Christmas Rodney... Stay healthy n safe !!

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-20 01:06:22 UTC
**Body** You too

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 11:10:36 UTC
**Body** You sent a photo.
**Attachments** image-711848509534641 (711848509534641)
**Type** image/jpeg
**Size** 64222
**URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/1