

**GOVERNMENT EXHIBIT**
**Exhibit 008**

Worth every penny.`

**Time** 2020-12-23 23:39:50 UTC
**Type** Comments
**Summary** Rodney Milstreed commented on Donald J. Trump's post. `To hell with them Trump don't hand over the keys. We will handle the outside u handle the inside.`

**Time** 2020-12-23 23:52:15 UTC
**Type** Comments
**Summary** Rodney Milstreed commented on                    photo. `Merry Christmas`

**Time** 2020-12-24 04:34:00 UTC
**Type** Comments
**Summary** Rodney Milstreed replied to                    comment. `] I dont fully understand `

**Time** 2020-12-24 04:34:32 UTC
**Type** Comments
**Summary** Rodney Milstreed replied to                    comment. `Alot more then meets thexeye`

**Time** 2020-12-24 05:42:44 UTC
**Type** Comments
**Summary** Rodney Milstreed commented on          post. `Dam Dan your a hard mother fucker. Lmao`

**Time** 2020-12-24 06:38:33 UTC
**Type** Comments
**Summary** Rodney Milstreed commented on Donald J. Trump's post. `Trump don't give keys to our great nation too some fucking crooks.`

**Time** 2020-12-24 07:47:33 UTC
**Type** Comments
**Summary** Rodney Milstreed commented on The Daily Caller's video. `Congress is disgusting`