**GOVERNMENT EXHIBIT**
**Exhibit 009**

contact us via Crime Stoppers at 615-742-7463 or online via https://t.co/dVGS7o0m4v. @ATFHQ"
**Title** Metro Nashville PD on Twitter
**Url** https://twitter.com/MNPDNashville/status/1342565893486899201

**Author** Vanessa
**Sent** 2020-12-25 23:22:32 UTC
**Body** https://twitter.com/prayingmedic/status/1342520604226846721?s=07
**Share**
 **Date Created** 2020-12-25 23:22:32 UTC
 **Summary** "Bomb explodes in Nashville after loudspeaker warns people to evacuate. https://t.co/a1iWMctnqL"
 **Title** Praying Medic on Twitter
 **Url** https://twitter.com/prayingmedic/status/1342520604226846721

**Author** Vanessa
**Sent** 2020-12-26 00:00:47 UTC
**Body** https://twitter.com/1stacyphillips/status/1342611475999834112?s=07
**Share**
 **Date Created** 2020-12-26 00:00:47 UTC
 **Summary** "On Dec 20th antifa said the bar in DC where Proud Boys meet needed to be "shut down" before Jan 6th. Is it a co-incidence that this RV bomb was RIGHT OUTSIDE Wildhorse Saloon in Nashville, which is also WHERE PROUD BOYS MEET? https://t.co/f7ExqZStxQ @realDonaldTrump @FBI"
 **Title** ▢▢▢▢President-Elect Stacy Phillips ▢▢▢▢▢▢▢▢▢▢▢▢ on Twitter
 **Url** https://twitter.com/1stacyphillips/status/1342611475999834112

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-26 01:14:35 UTC
**Body** I put a bid in to join proud boys couple days ago . Still waiting to hear something.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-26 01:15:22 UTC
**Body** Witch one of thesenounks i gotta punch to get in.lol

**Author** Vanessa
**Sent** 2020-12-26 01:18:09 UTC
**Body** Lol....be careful what you say or text/email....they do sting operations all the time...funny how they never do them on the left groups

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-26 19:17:10 UTC
**Body** Whats the latest on that blast

**Author** Vanessa