**GOVERNMENT EXHIBIT**
**Exhibit 010**

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-27 17:23:04 UTC
**Body** Bobby I'm going to DC 1-06-2021 to make some noise. If u wanna go I got an extra flag and flag pole.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-27 17:23:10 UTC
**Body** You sent a photo.
**Attachments** image-314897779754946 (314897779754946)
**Type** image/jpeg
**Size** 47374
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/132411395_314897783088279_5093082910594087911_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVLEUP5AqyFd8VjSZaV1C_rDdp3o5BPxCy3ShB31r7Z1NA&oe=62658EDA



**Photo ID** 314897779754946

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-27 17:24:23 UTC

**Body** You sent a photo.
**Attachments** image-3702625529780390 (3702625529780390)
**Type** image/jpeg
**Size** 76023
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/132746866_3702625533113723_5770887562424865378_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2dlbiX2NsaWVudC9wbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVIlACOEfiu1wNcMSeBpVXTkKYrO4abuEKkKSPGzx88vxw&oe=62662AA1



**Photo ID** 3702625529780390

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-27 17:25:03 UTC
**Body** I got these for bait . This is what their biting on.🎣🎣
**Author** Bob
**Sent** 2020-12-27 17:27:50 UTC
**Body** Bob sent a sticker.
**Attachments** sticker (529233864205642)
**Type** image/png

|  |  |
|---|---|
| **Size** |  |
| **URL** | https://interncache-ftw.fbcdn.net/v/t39.1997-6/105555143_953857801743244_7250525079125917232_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX3NaWVudC9lbnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_AT_hSVds5GrltjnnOP-O3eQBc1PYJ9rzpza1UB1BzN7msA&oe=62447C3B |



**Photo ID** 529233864205642

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 11:28:16 UTC
**Body** https://youtube.com/watch?v=FqsC5vIeoGw&feature=share

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-31 23:39:12 UTC
**Body** Happy New Year Bobby.  I'm going to DC. next week with some hard hitting hillbillies. 🗣️. We won't be tolerating any resistance. 💯%FACT.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-31 23:39:28 UTC
**Body** You sent a photo.
**Attachments** image-902041810600924 (902041810600924)
**Type** image/jpeg
**Size** 45263
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/133132574_437839817590873_8625222472703913103_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX3NaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVLT4iae0YZ8b7ndNlQpXsZV54T6IJWW2Z9M3hog

ii0A4Q&oe=62665314



**Photo ID** 902041810600924

| | |
|---|---|
| Author | Rodney Milstreed (Facebook: 100007297448244) |
| Sent | 2020-12-31 23:43:28 UTC |
| Body | Might be old but I got some life left. Enough to crack some skulls. |

| | |
|---|---|
| Author | Bob |
| Sent | 2020-12-31 23:44:59 UTC |
| Body | Happy new year to you Rodney. You're looking fit. You ain't near as old as me lol |

| | |
|---|---|
| Author | Rodney Milstreed (Facebook: 100007297448244) |
| Sent | 2020-12-31 23:46:47 UTC |
| Body | Life is short. Its a shame our government has put us in a very bad time. |

| | |
|---|---|
| Author | Bob |
| Sent | 2020-12-31 23:47:40 UTC |
| Body | 😂 |
| Attachments | sticker (369239263222822) |
| Type | image/png |
| Size | |
| URL | https://interncache-ftw.fbcdn.net/v/t39.1997-6/3 |

```
9178562_1505197616293642_54113442810948
48512_n.png?ccb=1-5&_nc_sid=0572db&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l
bnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_
AT_sYLFcisRX64ERsX_UBt_VSUdSb33_VdNOlKcD
KyE3Sg&oe=6243524B
```



**Photo ID** 369239263222822

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-31 23:49:35 UTC
**Body** They wont be getting Biden across the finish line.

**Author** Bob
**Sent** 2020-12-31 23:50:01 UTC
**Body** I guess we should have seen it coming when we had enough dumbasses to vote Obama in for 8 years

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-31 23:54:04 UTC
**Body** You aint kidding . Its whole brown skin thing . I'm sorry people can call it what they want . If you look how the color of government has changed over the last 50 years . Yes I mean the color is changing to brown . If its a brown skin mother fucker involved its fucked up . Thats a fact . The worst thing is its never gonna go away.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-31 23:55:53 UTC
**Body** Trump aint fucking with these pigs . He aint giving the keys to some crook to ruin our country

**Author** Bob
**Sent** 2020-12-31 23:57:33 UTC
**Body** I hope he has a trick or 2 left

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-01 00:00:47 UTC
**Body** Bobby this man seen this coming for the last 4 years . He won't need any trick . Biden electorals will be decertified and Trump put in place or they'll have one rep from each state vote.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-01 00:01:44 UTC
**Body** https://youtube.com/watch?v=deHZgdFuI8Q&feature=share

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-01 00:02:47 UTC
**Body** I could fight right next to this patriot. 🇺🇸

**Author** Bob
**Sent** 2021-01-01 00:06:48 UTC
**Body** I sure hope it happens or the shooting starts

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-01 00:15:54 UTC
**Body** False flag will drop left and right.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-01 00:16:45 UTC
**Body** They have a nice gun range in Owings Mills

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-01 00:17:07 UTC
**Body** Indoor bad ass

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-01 00:17:40 UTC
**Body** Called Guntry

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-01 23:55:34 UTC
**Body** https://www.bitchute.com/video/AS3194idI9wn/

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-03 00:55:03 UTC
**Body** https://newtube.app/user/DaveBurrows/s2nytKt

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-03 00:55:09 UTC
**Body** Pure evil

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2021-01-06 21:56:42 UTC
**Body** You sent 7 photos.
**Attachments** image-240563534130692 (240563534130692)
  **Type** image/jpeg
  **Size** 42018
  **URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/134989014_825705728276760_2806230841680934675_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVL9tNSjWSR5BHchljs0hlkWte48bv7EzxrADlovzaxbjQ&oe=62657B27