**GOVERNMENT EXHIBIT**
**Exhibit 011**

**Participants**
2022-03-26 15:36:59 UTC
James
Rodney Milstreed (Facebook: 100007297448244)

**Author** James
**Sent** 2020-12-28 23:00:46 UTC
**Body** Time to wake up people. They are holding Trump rallies in Greece, UK, Japan, Spain, Ukraine, Russia, Taiwan, Nigeria, and all over Africa. We are the Last Frontier and the Whole World is Watching. It's our Nation, they work for us, and it's Time to Take our Country Back. Don't be sheep, Call your Representatives and Make your voices be heard. We don't want another Civil War, We want Representation. Stay in your houses, Guard your Castle, the military will fight our battles. It all starts after the Trump rally in DC on Jan 6th. Get prepared. Food, Water, Batteries, ect. Don't forget the toilet paper. lol

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:01:24 UTC
**Body** Jimmy come to DC with me on 1-6-2021

**Author** James
**Sent** 2020-12-28 23:01:26 UTC
**Body** ITs all going to happen  TRUMP ISNT GOING ANY WHERE

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:01:44 UTC
**Body** 100 percent

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:01:49 UTC
**Body** I told u

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:02:06 UTC
**Body** Come on bro let's go

**Author** James
**Sent** 2020-12-28 23:02:30 UTC
**Body** STAY HOME Guard your castle Our millitary is for trump

**Author** James
**Sent** 2020-12-28 23:02:54 UTC
**Body** we are going to have a civil war

**Author** James
**Sent** 2020-12-28 23:03:10 UTC
**Body** nashville was no accident

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:03:16 UTC
**Body** Let's get front and center

**Author** James
**Sent** 2020-12-28 23:03:24 UTC
**Body** lol

**Author** James
**Sent** 2020-12-28 23:03:33 UTC
**Body** I would love too

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:03:51 UTC
**Body** Come on bro . I got steroids.

**Author** James
**Sent** 2020-12-28 23:04:00 UTC
**Body** The old lady needs protection

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:04:04 UTC
**Body** Powerful shit

**Author** James
**Sent** 2020-12-28 23:04:25 UTC
**Body** Powerful shit lol how bout guns

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:04:26 UTC
**Body** History

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:04:45 UTC
**Body** You sent a photo.
**Attachments** image-1061280854316297 (1061280854316297)
**Type** image/jpeg
**Size** 47374
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/132411395_314897783088279_5093082910594087911_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsc2Z2VuX2NsaWVudC9pbW9nZW46RFlTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVLCSVuxvhoURqPwMUsa7qgBVuhwIvAPkchOGMflxvFrmA&oe=62658EDA



**Photo ID** 1061280854316297

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:04:50 UTC
**Body** I got flags too

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:05:02 UTC
**Body** Pick handles

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:05:06 UTC
**Body** With flags

**Author** James
**Sent** 2020-12-28 23:05:16 UTC
**Body** wow my buddy brown is going he lives in carolina

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:05:47 UTC
**Body** Gonna be hundreds thousands Trump supports

**Author** James
**Sent** 2020-12-28 23:06:03 UTC
**Body** we got alot of countries backing trump that fucking china caused

all of this shit them and obama

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:06:10 UTC
**Body** Its our country on the line here

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:07:15 UTC
**Body** We can meet him there . We drive to Fredrick take marc train

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:07:38 UTC
**Body** 15 min train ride .

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:08:05 UTC
**Body** Come on I need another animal with me

**Author** James
**Sent** 2020-12-28 23:08:09 UTC
**Body** It's coming, pay no attention to fake news. Gitmo is fixing to fill up. lol Military Tribunals means no phone call, no bail, no lawyers, and no sorry ass American Judges. This is Treason

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:08:42 UTC
**Body** Yes it is

**Author** James
**Sent** 2020-12-28 23:09:02 UTC
**Body** Once we seize the assets of all these Treasonous Bastards, it will be more than enough to pay off the debt. Google, Facebook, Twitter, Youtube, possibly Amazon because Bezos owns NYTimes, and CBS, NBC, ABC, MSDNC, CNN, FOX, Soros, Clintons, Obama, Gates,

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:09:21 UTC
**Body** Yep

**Author** James
**Sent** 2020-12-28 23:10:01 UTC
**Body** We both know he's no chickenshit. The CIA and FBI aren't involved, they are part of the Deep State. This will be a NSA and Military Intelligence operation. They have all the dirt, money laundering, money transfers, child and sex trafficking. Phone calls plotting their game with China, emails. Remember FISA warrants they used against Trump. He did same thing to them. That's why he's taking his time. If he would have took immediate action he would have only caught maybe 5 here and there. He made them think they got away with it, because he knew it was coming. He had to wait till we seen the evidence and till they hung theirselves bragging about it. Governors and Secretaries of States will also be on the list if they approved those Fake Ballots. This is huge, maybe worldwide, but the people worldwide and We the People back Trump. Trump didn't call for that rally in DC. Alex Jones did, so pretty much he has to wait until after that rally. If Antifa and BLM start trouble, they have a spot for them to in Gitmo too. It's coming and it will be Epic.

| | |
|---|---|
| **Author** | James |
| **Sent** | 2020-12-28 23:11:36 UTC |
| **Body** | Marine Striker units are already in place place plus 82nd and 101st are already prepared. Trump hotels are full of soldiers in some places, no civilians allowed. lol |

| | |
|---|---|
| **Author** | James |
| **Sent** | 2020-12-28 23:12:34 UTC |
| **Body** | You know how much it cost to just move troops and equipment across the country. They don't move unless they have a purpose. Many vehicles unloaded in Nevada desert. That's to take care of West Coast Liberals, lol They may try to succeed from union, them and NY. But the troops will keep them in line. lol |

| | |
|---|---|
| **Author** | James |
| **Sent** | 2020-12-28 23:13:26 UTC |
| **Body** | Once Trump secures all those assets, pays off debt and cuts taxes again. The people will fall in line and he will go down as best ever. Better than General George himself, lol |

| | |
|---|---|
| **Author** | Rodney Milstreed (Facebook: 100007297448244) |
| **Sent** | 2020-12-28 23:14:29 UTC |
| **Body** | I got the shit right here |

| | |
|---|---|
| **Author** | Rodney Milstreed (Facebook: 100007297448244) |
| **Sent** | 2020-12-28 23:14:34 UTC |
| **Body** | You sent a photo. |
| **Attachments** | image-890063948405653 (890063948405653) |
| **Type** | image/jpeg |
| **Size** | 32836 |
| **URL** | https://interncache-eag.fbcdn.net/v/t1.15752-9/132425433_890063951738986_4904847669140687018_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2dlbl9zaWVudC9pbW9nZW46RFlJTWVkaWFdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVJG3V_oP0bQY1cysb2lHV2hm8pnnncMg6WNvMifpM8Qmw&oe=62630BE7 |



**Photo ID** 890063948405653

**Author** James
**Sent** 2020-12-28 23:16:08 UTC
**Body** what the fuck may need some stay home man  i might have to come to your woods

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:19:36 UTC
**Body** Fuck that shit

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:19:47 UTC
**Body** Shit got me jacked

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:19:52 UTC
**Body** Lmao

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-28 23:20:03 UTC
**Body** You sent a photo.
**Attachments** image-426368702134007 (426368702134007)
**Type** image/jpeg
**Size** 14671

**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/133612209_426368705467340_6949567792091925299_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsX2dlbnX2NsaWVudC9tbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVJAu-K1FW8f_SMmaJwJS4lH1QI6j3f5BLySCb3ai1NfGw&oe=6263CD92



**Photo ID** 426368702134007

**Author** James
**Sent** 2020-12-29 12:31:57 UTC
**Body** lol Damn I need Some

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 12:42:20 UTC
**Body** Feel better then the age of 18

**Author** James
**Sent** 2020-12-29 12:47:18 UTC
**Body** really wow

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 12:52:37 UTC

**Body** You sent a photo.
**Attachments** image-3549293335177736 (3549293335177736)
**Type** image/jpeg
**Size** 16315
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/133293958_3549293338511069_1604183378835328404_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWVkGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVJ25bNi0ETlIXLsCFe9haHvHsq90poX3IwoEBYMNQ-cIQ&oe=626382B8



**Photo ID** 3549293335177736

**Author** James
**Sent** 2020-12-29 12:55:37 UTC
**Body** holy fuck be careful with that shit

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 12:56:35 UTC
**Body** I'm gonna skull bust some antifa. 🤜🤛

**Author** James
**Sent** 2020-12-29 12:57:33 UTC