

GOVERNMENT
EXHIBIT

**Exhibit 012**



**Photo ID** 3589618904595678

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:11:39 UTC
**Body** U need some of this

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:12:36 UTC
**Body** Its a steroids stacker. Its got me jacked

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:12:44 UTC
**Body** Ready for DC

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:12:54 UTC
**Body** You sent a photo.
**Attachments** image-428663308326930 (428663308326930)
**Type** image/jpeg
**Size** 47374
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/1
32411395_314897783088279_50930829105940
87911_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m

&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_A
VLEUP5AqyFd8VjSZaV1C_rDdp3o5BPxCy3ShB31
r7Z1NA&oe=62658EDA



**Photo ID**  428663308326930

**Author** Patrick
   **Sent** 2020-12-29 00:13:43 UTC
   **Body** Well b on the defense all the time - if they fuck with u - take them down

**Author** Rodney Milstreed (Facebook: 100007297448244)
   **Sent** 2020-12-29 00:13:44 UTC
   **Body** Feel like I'm 18 again

**Author** Patrick
   **Sent** 2020-12-29 00:14:04 UTC
   **Body** How much r they - got extras

**Author** Rodney Milstreed (Facebook: 100007297448244)
   **Sent** 2020-12-29 00:14:28 UTC
   **Body** I only got what I was gonna use .

**Author** Rodney Milstreed (Facebook: 100007297448244)
   **Sent** 2020-12-29 00:15:02 UTC

**Body** But I can get some . Injection type

**Author** Patrick
**Sent** 2020-12-29 00:15:33 UTC
**Body** I don't like needles

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:15:35 UTC
**Body** $120 bottle

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:16:12 UTC
**Body** I dont either . But I tolerate it

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:16:48 UTC
**Body** I'm documenting the results

**Author** Patrick
**Sent** 2020-12-29 00:17:07 UTC
**Body** B prepared -And take videos - I'll b watching on tv

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:17:24 UTC
**Body** 104

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:17:31 UTC
**Body** I cant wait

**Author** Patrick
**Sent** 2020-12-29 00:18:05 UTC
**Body** Hopefully trump has something up his sleeve

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:18:57 UTC
**Body** Oh he does . This man is larger then life.

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:19:19 UTC
**Body** The world is watching and he will make a loud statement.

**Author** Patrick
**Sent** 2020-12-29 00:19:43 UTC
**Body** I b watching and praying

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:19:51 UTC
**Body** If he was stepping down he would have said so by now

**Author** Patrick
**Sent** 2020-12-29 00:20:14 UTC
**Body** I think maybe Marshall law

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:21:52 UTC
**Body** House and senate and pence gonna object to eletorals if they don't go to Trump

**Author**
Patrick ▓▓▓▓▓▓▓▓▓
**Sent** 2020-12-29 00:22:33 UTC
**Body** 👍👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-ftw.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=1-5&_nc_sid=0572db&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l
bnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_
AT_sYLFcisRX64ERsX_UBt_VSUdSb33_VdNOlKcD
KyE3Sg&oe=6243524B



**Photo ID** 369239263222822

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:22:45 UTC
**Body** Swing states had DNC and GOP electoral votes just in case

**Author** Patrick ▓▓▓▓▓▓▓▓▓
**Sent** 2020-12-29 00:23:10 UTC
**Body** Need to vote them out -

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:23:29 UTC
**Body** If its a fair election

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:23:57 UTC
**Body** Someone needs to hang for treason

**Author** Patrick ▓▓▓▓▓▓▓▓▓
**Sent** 2020-12-29 00:23:59 UTC
**Body** We know it wasn't - this country is better than that

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:24:36 UTC
**Body** Biden Harris awful quiet

**Author** Patrick ▓▓▓▓▓▓▓▓▓
**Sent** 2020-12-29 00:24:54 UTC
**Body** Yep - hiding in the basement

**Author** Rodney Milstreed (Facebook: 100007297448244)
**Sent** 2020-12-29 00:25:20 UTC
**Body** Trump not saying much about it . Just tweets

**Author**    Rodney Milstreed (Facebook: 100007297448244)
**Sent**    2020-12-29 00:25:39 UTC
**Body**    He keeps saying we will win

**Author**    Rodney Milstreed (Facebook: 100007297448244)
**Sent**    2020-12-29 00:25:51 UTC
**Body**    He is a man of his word

**Author**    Patrick
**Sent**    2020-12-29 00:26:18 UTC
**Body**    We will see on the first 🍻🍻🍻🍻

**Author**    Rodney Milstreed (Facebook: 100007297448244)
**Sent**    2020-12-29 00:26:36 UTC
**Body**    First ?

**Author**    Rodney Milstreed (Facebook: 100007297448244)
**Sent**    2020-12-29 00:26:51 UTC
**Body**    1-6-2021

**Author**    Patrick
**Sent**    2020-12-29 00:27:03 UTC
**Body**    The sixth

**Author**    Patrick
**Sent**    2020-12-29 00:27:13 UTC
**Body**    I want it now lol

**Author**    Rodney Milstreed (Facebook: 100007297448244)
**Sent**    2020-12-29 00:27:31 UTC
**Body**    Lol

**Author**    Rodney Milstreed (Facebook: 100007297448244)
**Sent**    2020-12-29 00:28:15 UTC
**Body**    This evil is not gonna go away

**Author**    Rodney Milstreed (Facebook: 100007297448244)
**Sent**    2020-12-29 00:28:38 UTC
**Body**    Unless Trump jails them all

**Author**    Patrick
**Sent**    2020-12-29 00:28:47 UTC
**Body**    Never til we go trump - 4 more years

**Author**    Rodney Milstreed (Facebook: 100007297448244)
**Sent**    2020-12-29 00:29:38 UTC
**Body**    I hope they dont block DC 1-06-2021

**Author**    Patrick
**Sent**    2020-12-29 01:46:38 UTC
**Body**    Patrick sent an attachment.
**Share**    **Date Created**    2020-12-29 01:46:38 UTC
            **Summary**    🎁🎁🎁🎁🎁🎁
                **Title**    I am send you a surprise message. Open this
                            Now
                    **Url**    https://msg4u.xyz/wow/